```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KIRAN VUPPALA,                                              :
                                                            :         17 Civ. 9219 (PAE)
                                        Plaintiff,          :
                                                            :              ORDER
                        -v-                                 :
                                                            :
FRATELLI ITALIANI LLC, a New York limited liability         :
company, d/b/a DA MARINO RESTAURANT, and                    :
ENCORE 49 HOUSING DEVELOPMENT FUND CO.,                     :
INC., a New York corporation,                               :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

     As set forth on the record of today's conference, all proceedings in this matter and in the substantively identical *Figueroa v. Encore 49 Housg East, et al.*, 18cv1337, are hereby stayed until October 1, 2018. On that date, defense counsel shall file a joint letter as to the status of their pending state-court litigation. Also on that date, plaintiffs' counsel in this case and in *Figueroa* shall file a joint letter affirming that they have met and conferred, in person, for no fewer than two hours, and notifying the Court as to how they propose that responsibility for prosecuting these cases should be allocated as between them. Upon receipt of the parties' letters, the Court will determine how these cases should proceed.

     SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: July 26, 2018
       New York, New York