# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:   305-704-3877

October 9, 2018

**VIA CM/ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1105
New York, New York 10007

        Re:    **Piatti Italiani LLC, d/b/a Da Marino Restaurant, et al.-
Cases 1:17-cv-09219-PAE & 1:18-cv-01337-PAE**

Dear Judge Engelmayer:

      Both undersigned Plaintiffs' counsel hereby affirm that they met in person on October 7, 2018 (in Florida), for a period of not less than two hours, which was amicable and fruitful. Both undersigned counsel have agreed that the related cases be consolidated for discovery purposes only, with Mr. Weitz acting as lead counsel for the purposes of communicating with the Court and Defendants during this pretrial time period, and are hopeful that settlement shall be accomplished in the near future.

      Thank you.

Respectfully submitted,

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Stuart Finkelstein |
| B. Bradley Weitz, Esq. | Stuart Finkelstein, Esq. |
| Counsel for Kiran Vuppala | Attorney for Jose Figueroa |
| THE WEITZ LAW FIRM, P.A. | FINKELSTEIN LAW GROUP, PLLC |
| 18305 Biscayne Blvd., Suite 214 | 338 Jericho Turnpike |
| Aventura, Florida 33160 | Syosset, New York 11791 |
| Telephone:  (305) 949-7777 | Telephone:  (718) 261-4900 |
| Facsimile:   (305) 704-3877 | Email:  finkelsteinlawgroup@gmail.com |
| Email: bbw@weitzfirm.com | |